UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**BRUCE STEWART, ET AL**  **CIVIL ACTION NO. 14-00083**

**VERSUS** **JUDGE JAMES**

**RUSTON LOUISIANA HOPSITAL COMPANY, LLC D/B/A NORTHERN LOUISIANA MEDICAL CENTER A/K/A LINCOLN GENERAL HOSPITAL, ET AL** **MAGISTRATE JUDGE HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion to Dismiss for lack of personal jurisdiction filed by Defendant Community Health Systems, Inc. [Doc. No. 22] is **GRANTED**, and that Plaintiffs' claims against said Defendant are **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the Motion to Dismiss for failure to state a claim upon which relief can be granted [Doc. No. 22] is **DENIED as moot**.

THUS DONE AND SIGNED this 1st day of May 2014 in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE